1    STEVEN G. KALAR
     Federal Public Defender
2    JEROME E. MATTHEWS
     Assistant Federal Public Defender
3    555 - 12th Street
     Suite 650
4    Oakland, CA 94607-3627
     Telephone:  (510) 637-3500
5
     Counsel for Defendant ALEJANDRO JIMENEZ
6

7
                         IN THE UNITED STATES DISTRICT COURT
8
                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
     UNITED STATES OF AMERICA,          )     No.  4 15 70847 MAG
11                                       )
                       Plaintiff,        )     STIPULATION AND [PROPOSED]
12                                       )     ORDER VACATING HEARING DATE
     vs.                                 )     AND CONTINUING MATTER FOR
13                                       )     STATUS CONFERENCE
     ALEJANDRO JIMENEZ,                  )
14                                       )
                       Defendant.        )
15   _____ )

16

17          This matter presently is scheduled for a further detention hearing on 15 July 2015.  In

18   light of defense counsel's continuing efforts to obtain additional sureties, the parties wish to

19   continue this matter for a status conference re detention before Magistrate Judge Westmore.

20          For this reason, IT IS STIPULATED AND AGREED that the detention hearing set for

21   15  July 2015 may be vacated and that the matter be set for a status conference re detention

22   before Magistrate Judge Westmore on 17 July 2015.

23

24

25

26

     STIP/ORDER                          1

1

2    Dated: 13 July 2015                                    _____/s/_____
                                                           BRIGID MARTIN
3                                                          Assistant United States Attorney

4

5    Dated: 13 July 2015                                    _____/s/_____
                                                           JEROME E. MATTHEWS
6                                                          Assistant Federal Public Defender

7

8         Good cause appearing therefor, IT IS ORDERED that the detention hearing set for 15

9    2015 is VACATED and that the matter is continued to 17 July 2015 for a status conference re

10   detention before Magistrate Judge Westmore.

11

12   Dated: July __13__, 2015                              _____
                                                           MARIA ELENA JAMES
13                                                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

STIP/ORDER                                    2