AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

--- OFFENSE CHARGED ---

Count One: 18 U.S.C. § 922(o) - Unlawful Possession of a Machinegun;
Count Two 26 U.S.C. § 5861(d) - Receipt or Possession of an Unregistered Firearm;
Forfeiture Allegation: 18 U.S.C. § 924(d) - Forfeiture of Firearm and Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: See attached.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
JUL 16 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

--- DEFENDANT - U.S ---
ALEJANDRO JIMENEZ

DISTRICT COURT NUMBER
CR15-00372 JD

--- PROCEEDING ---

Name of Complainant Agency, or Person (& Title, if any)
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
4-15-70847 MAG

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Brigid S. Martin

--- DEFENDANT ---

IS NOT IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge

5) ☐ On another conviction   ☒ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer ☐ Yes   If "Yes" give date filed
been filed? ☐ No

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT

Count One:   18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun

    Maximum prison sentence          10 years
    Maximum fine                           $250,000
    Maximum term of supervised release   3 years
    Mandatory special assessment       $100
    Forfeiture

Count Two:   26 U.S.C. § 5861(d) – Receipt or Possession of Unregistered Firearm

    Maximum prison sentence          10 years
    Maximum fine                           $10,000
    Maximum term of supervised release   3 years
    Mandatory special assessment       $100
    Forfeiture

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: Oakland


CR15-00372 JD

UNITED STATES OF AMERICA,

V.

ALEJANDRO JIMENEZ,

**FILED**

JUL 16 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

DEFENDANT.

INDICTMENT

18 U.S.C. § 922(o) - Unlawful Possession of a Machinegun;
26 U.S.C. § 5861(d) - Receipt or Possession of Unregistered Firearm;
18 U.S.C. § 924(d) – Forfeiture of Firearm

A true bill.

_____
Foreman

Filed in open court this 16th day of July 2015

_____
Clerk

Bail, $ no process

1 | MELINDA HAAG (CABN 132612)
2 | United States Attorney

**FILED**

JUL 16 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR15-00372 JD |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun; 26 U.S.C. § 5861(d) – Receipt or Possession of Unregistered Firearm; 18 U.S.C. § 924(d) – Forfeiture of Firearm |
| v. ) | |
| ALEJANDRO JIMENEZ, ) | |
| Defendant. ) | OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:        (18 U.S.C. § 922(o) – Unlawful Possession of a Machinegun)

1.    On or about July 1, 2015, in the Northern District of California, the defendant,

ALEJANDRO JIMENEZ,

unlawfully and knowingly possessed a machinegun, specifically, an AR-15-style machinegun lower receiver, with no serial number.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

1 | COUNT TWO: (26 U.S.C. § 5861(d) – Receipt or Possession of Unregistered Firearm)

2 |    2.    On or about July 1, 2015, in the Northern District of California, the defendant,

ALEJANDRO JIMENEZ,

knowingly received and possessed a firearm, specifically, an AR-15-style machinegun lower receiver, with no serial number, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

FORFEITURE ALLEGATION:    (18 U.S.C. § 924(d)(1) – Forfeiture of Firearm)

    3.    The allegations contained in Counts One and Two of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d)(1).

    4.    Upon conviction of either of the offenses alleged in Counts One and Two above, the defendant,

ALEJANDRO JIMENEZ,

shall forfeit to the United States any firearm or ammunition involved in or used in any knowing violation of said offenses, including but not limited to one AR-15-style machinegun lower receiver, with

//

1 | no serial number.

2 | All pursuant to Title 18, United States Code, Section 924(d)(1).

3 |

4 | DATED: July 16, 2015                                      A TRUE BILL

5 |                                                                                    /s/ signature

6 |                                                                                    FOREPERSON

7 | MELINDA HAAG
    United States Attorney
8 |

9 | /s/ signature

10 | STEPHEN MEYER
     Deputy Chief, Organized Crime Strike Force Unit

11 |

12 |

13 | (Approved as to form: /s/ B. Martin                                       )
14 |                               BRIGID S. MARTIN
                                   Assistant United States Attorney

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |