STEVEN G. KALAR
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
1301 Clay Street
Suite 1350N
Oakland, CA 94612
Telephone: (510) 637-3500

Counsel for Defendant ALEJANDRO JIMENEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEJANDRO JIMENEZ,<br><br>Defendant. | No. CR 15 00372 JD<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |

     This matter presently is scheduled for a status conference on 23 June 2016. Defendant Alejandro Jimenez, who has been in federal custody since 1 July 2015, was released by Magistrate Judge Kandis Westmore following a detention hearing on 13 June 2016. Neither the Court nor the parties were aware of an active Solano County probation detainer that had been filed against Mr. Jimenez shortly after his arrest. Accordingly, when the authorities processed Mr. Jimenez for release, they notified the authorities in Solano County and Mr. Jimenez was taken to Solano County jail. He remains in custody there to date.

     Defense counsel has learned that Mr. Jimenez is scheduled to appear in Solano County Superior Court on 23 June 2016, the same date as the hearing in the present case. Defense counsel also is working with Mr. Jimenez's public defender to seek Mr. Jimenez's release so that he can

STIP AND ORD RE CONT

appear before this Court and continue his defense of this case.  Defense counsel does not believe, however, that Mr. Jimenez will be released from state custody prior to his scheduled appearance on 23 June 2016.

For these reasons, IT IS STIPULATED AND AGREED that the status conference in this case be continued to 14 July 2016.

Dated:  21 June 2016                             /s/
                                                BRIGID MARTIN
                                                Assistant United States Attorney

Dated: 21 June 2016                              /s/
                                                JEROME E. MATTHEWS
                                                Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that the status conference in this case be continued to 14 July 2016.

Dated:  June ____, 2016                         _____
                                                JAMES DONATO
                                                United States District Judge

STIP AND ORD RE CONT