BRIAN J. STRETCH (CABN 163973)
United States Attorney

PHILIP A. GUENTERT (CABN 147374)
Acting Chief, Criminal Division

BRIGID S. MARTIN (CABN 231705)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    EMAIL: Brigid.Martin@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. 15-CR-00372 JD |
|---|---|---|
|     Plaintiff, | ) | **UNITED STATES' NOTICE OF APPEAL** |
| v. | ) | |
| ALEJANDRO JIMENEZ, | ) | |
|     Defendant. | ) | |

    Notice is hereby given that the United States of America, plaintiff in the above-captioned case, appeals to the United States Court of Appeals for the Ninth Circuit from the district court's order on July 5, 2016, grating motion to dismiss the indictment without prejudice (Docket #30).

DATED: August 3, 2016                                Respectfully submitted,

                                                        BRIAN J. STRETCH
                                                        United States Attorney

                                                        /s/ Brigid Martin
                                                        BRIGID S. MARTIN
                                                        Assistant United States Attorney